```
                         United States Bankruptcy Court
                            Middle District of Florida
In re:                                                             Case No. 16-10269-FMD
Charles Roger Wagner                                               Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 113A-9          User: lewisb              Page 1 of 2          Date Rcvd: Jun 27, 2019
                              Form ID: B318W            Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2019.

```
db          +Charles Roger Wagner,   P.O. Box 414,   Pineland, FL 33945-0414
md          +Holly A McFall,   McFall Law PA,   1350 Monroe Street #1030,   Fort Myers, FL 33902-3543
26632198    +Eos CCA,   700 Longwater Dr.,   Norwell, MA 02061-1624
26632192    +Equifax,   Post Office Box 740241,   Atlanta, GA 30374-0241
26632191     Experian,   Post Office Box 2002,   Allen, TX 75013-2002
26684516   ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court:  Nationstar Mortgage LLC,   Bankruptcy Department,   P.O Box 619096,
               Dallas, TX 75261-9741)
26632193    +Transunion,   Post Office Box 2000,   Chester, PA 19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr          +EDI: RMSC.COM Jun 28 2019 03:43:00     Synchrony Bank,   c/o PRA Receivables Management, LLC.,
              PO Box 41021,   Norfolk, VA 23541-1021
26632197    +EDI: CINGMIDLAND.COM Jun 28 2019 03:43:00     AT&T Mobility,   One AT&T Way,   Suite 3A104,
              Bedminster, NJ 07921-2693
26632196     EDI: AIS.COM Jun 28 2019 03:43:00     American InfoSource LP for,   First Data Global Leasing,
              PO Box 248848,   Oklahoma City, OK 73124-8848
26632190     EDI: FLDEPREV.COM Jun 28 2019 03:43:00     Department of Revenue,   PO Box 6668,
              Tallahassee, FL 32314-6668
26641612     EDI: AIS.COM Jun 28 2019 03:43:00     First Data Global Leasing,
              by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
26632194     EDI: IRS.COM Jun 28 2019 03:43:00     Internal Revenue Service,   Centralized Insolvency Oper.,
              P.O. Box 21126,   Philadelphia, PA 19114
26632200    +EDI: MID8.COM Jun 28 2019 03:43:00     Midland Credit Management,   2365 Northside Dr.,
              Suite 300,   San Diego, CA 92108-2709
26632201    +E-mail/Text: cedwards@ncsplus.com Jun 27 2019 23:55:23     National Credit Systems,
              117 E. 24th Street,   5th Floor,   New York, NY 10010-2937
26763331    +EDI: PRA.COM Jun 28 2019 03:43:00     PRA Receivables Management, LLC,   PO Box 41021,
              Norfolk, VA 23541-1021
26632203     EDI: STF1.COM Jun 28 2019 03:43:00     SunTrust Bank,   PO Box 26150,   Richmond, VA 23260-6150
26632204    +E-mail/Text: bncmail@w-legal.com Jun 27 2019 23:55:56     The Bank of NY Mellon,
              c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           The Bank Of New York Mellon
cr           The Bank Of New York Mellon F/K/A The
26632195*  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court:  Internal Revenue Service,   Centralized Insolvency Oper.,
               P.O. Box 21126,   Philadelphia, PA 19114)
26632189*    Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
26632199*    Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
26632202*  ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court:  Nationstar Mortgage LLC,   PO Box 619096,   Dallas, TX 75261-9741)
                                                                                   TOTALS: 2, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                                        Signature:  /s/Joseph Speetjens

```
District/off: 113A-9                  User: lewisb                   Page 2 of 2                   Date Rcvd: Jun 27, 2019
                                      Form ID: B318W                 Total Noticed: 18
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2019 at the address(es) listed below:

```
              Adrian R Lynn     on behalf of Debtor Charles Roger Wagner pacer@lynnlawgroup.com,
               lynnar67431@notify.bestcase.com
              Ashley Prager Popowitz    on behalf of Creditor    The Bank Of New York Mellon
               Ashley.popowitz@mrpllc.com,  FLBKECF@mrpllc.com
              Ashley Prager Popowitz    on behalf of Creditor    The Bank Of New York Mellon F/K/A The
               Ashley.popowitz@mrpllc.com,  FLBKECF@mrpllc.com
              Holly A McFall    on behalf of Mediator Holly A McFall Holly@McFallLawFirm.com
              Jon  Waage    jwflecf@trustee13.com
              Jon  Waage    on behalf of Trustee Jon  Waage jwflecf@trustee13.com
              Karen A Maxcy    on behalf of Creditor    The Bank Of New York Mellon km5@mccallaraymer.com,
               BankruptcyECFMail@mccallaraymer.com;ecf_fl@rcolegal.com
              Melbalynn  Fisher    on behalf of Creditor    The Bank Of New York Mellon
               Melbalynn.Fisher@mcccalla.com,  FLBKECF@mccalla.com
              Michael E Cecil    on behalf of Trustee Jon  Waage michael.cecil@tampa13.com
              Scott C Lewis    on behalf of Creditor    The Bank Of New York Mellon bkfl@albertellilaw.com,
               anhsalaw@infoex.com
              United States Trustee - FTM7/13, 7   USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                             TOTAL: 11
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Charles Roger Wagner**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–3786<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Florida** | | |
| Case number:  **9:16–bk–10269–FMD** | | |

## Order of Discharge                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Charles Roger Wagner
    aka Charles R. Wagner, fdba Man Grove Manor

*[Signature: Caryl E. Delano]*

Dated: June 27, 2019

Caryl E. Delano
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**